

# ZENRESOLVE

4720 E. Cotton Gin Loop
Suite 135
Phoenix, Arizona 85040

| DATE | ORIGINAL CREDITOR | ORIGINAL CREDITOR # | CURRENT CREDITOR | MERCHANT |
|---|---|---|---|---|
| 11/01/19 | Target Finance LLC |  | Target Finance LLC | Target Finance LLC |

| ZENRESOLVE # | PRINCIPAL | INTEREST | FEES | TOTAL AMOUNT DUE |
|---|---|---|---|---|
|  | $885.44 | $622.42 | $94.68 | $1,602.54 |

Dear Julie Covelli,

Welcome to ZenResolve. Target Finance LLC has placed your account with us for collection, and we're here to help you resolve your outstanding balance of $1,602.54.

ZenResolve offers a variety of customer-driven payment options, and you decide which plan best suits your current financial situation. You can pay your balance now by using our convenient online payment portal (www.ZenResolve.com) or by calling us at (800) 225-1375.

If you have questions about your account or payment options, you can use our online chat feature or speak with a Resolutions Specialist Monday through Thursday from 7:00 a.m. to 3:30 p.m. and Friday from 6:00 a.m. to 2:30 p.m. MST.

Sincerely,
ZenResolve, LLC

Unless you, within thirty days after receipt of this notice, dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

www.ZenResolve.com    customerservice@zenresolve.com    (800) 225-1375

DEPT 644    7611047419116
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

Julie Covelli
17 THORNHILL CT
CARY IL 60013-1174

ZENZR1-1101-1274718289-01974-1974